Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED _____ LODGED _____
RECEIVED _____ COPY

JUN 2 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

*Arizona* District of *Tucson*

_____ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Komlan E. Tchalla*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Motor Vehicle Division*

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. **CV-23-00296-TUC-JAS**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                *Komlan E. Tchalla*
Street Address      *3450 N. Stone Ave #217*
City and County     *Tucson, Pima County*
State and Zip Code  *Arizona Zip 85705*
Telephone Number    *(520) 309-2991*
E-mail Address      *Komtchalla@yahoo.com*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Arizona Motor Vehicle Division
(Melodie) Assistant Director
7330 N. Shannon Rd
Tucson, Pima County
Arizona, 85741
(602) 712-8152

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Arizona Attorney General
Attorney General office staff
2005 N. Central Avenue
Phoenix, Maricopa County
Arizona, Zip Code 85004
(602) 542-5763
Consumerinfo@azag.gov

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Better Business Bureau
BBB staff Heather Ortiz
1411 K Street N.W. Suite 1000
Washington, DC
Capital City of U.S.A.
(202) 393-8000
info@mybbb.org

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pep Boys Inc.
Pep Boys Inc. staff Williams
4494 E Speedway Blvd.
Tucson Pima County
Arizona, Zip Code 85712
(520) 795-5993

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U. S.  Constitution Property Rights.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        ✓   $ 3,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The allegation of abandon of my car is false and misleading and I have proven it. I need to get a Compensation and not be sanctioned.*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I need an appropriate compensation and the respect of my rights.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6/27/2023

Signature of Plaintiff     _Komlan  Komlan E. Tchalla_

Printed Name of Plaintiff

### B.   For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

# United States District Court Complaint
### Komlan É. Tchalla Vs. Motor Vehicle Division

# EXHIBIT I

**ALLEGED ABANDONED VEHICLE NOTIFICATION**

1. Alleged abandoned vehicle notification

2. Copy of the envelop of the Alleged abandoned vehicle notification received on July 22, 20219

3. Screenshot of phone calls to the Director of the Motor Vehicle Division Office (staff Ms. Melodie) on July 26, 2019 and on September 11, 2020

4. Screenshot of phone call to the Motor Vehicle Division Abandoned Vehicle on July 26, 2019

5. Screenshot of phone call to the Motor Vehicle Division on September 11, 2020



Motor Vehicle Division

46-4900 R08/17   azdot.gov

Mail Drop 553M
Abandoned Vehicle Unit
Motor Vehicle Division
PO Box 2100
Phoenix AZ 85001-2100

**ABANDONED VEHICLE
NOTIFICATION**

Notice Date
07/17/2019
Vehicle ID Number
1GNDT13W1T2274905
Year          Make
1996          CHEV
Body Style
4DSW
File Number
20191980000072

KOMLAN ETIENNE TCHALLA
2575 N COUNTRY CLUB RD APT B2
TUCSON AZ   85716

Dear Customer:

The vehicle described above was considered abandoned, or otherwise unclaimed, and then taken into possession and held for a period of 10 days. It has remained in possession of the storage facility described below. The official records of a state vehicle registration agency show you as an owner or lienholder of the vehicle.

If an owner, lienholder or a person who has interest in the vehicle does not retrieve the vehicle within 30 days of this notice, the ownership of the vehicle may be transferred free and clear of liens and encumbrances to the person in possession.

Please contact the storage facility at the address or phone number below to recover the vehicle or for more information regarding Abandoned Vehicles please visit our website at www.azdot.gov/mvd/vehicleservices/abandoned-vehicles.

At the time of any subsequent vehicle registration or driver license application or renewal, the owner of record of an abandoned vehicle will be charged a fee when the transfer of ownership or disposal is issued. The fee is $500 if abandoned on private property, public land or within the right-of-way of any street or highway; or $600 on any national forest, state park land, Bureau of Land Management land or state trust land.

The additional fee will not be charged if proof is provided that the vehicle was transferred or assigned to another person before the day of abandonment.   For acceptable proof please visit the website above.

If you need assistance, please visit www.azdot.gov/mvd/vehicleservices/abandoned-vehicles or call 602-712-7784, (Hearing/Speech Impaired–TDD systems only: 602-712-3222).   Thank You.

| | | |
|---|---|---|
| Vehicle Owner<br>KOMLAN ETIENNE TCHALLA | Location Where Vehicle Was Found<br>4491 E SPEEDWAY BLVD       TUCSON | Date Towed/Abandoned<br>07/02/2019 |
| Storage Facility<br>ALL-WAYS TOWING LLC | Phone<br>(520) 609-6930 | |
| Storage Facility Street Address/Vehicle Location<br>4831 E 29TH ST | City<br>TUCSON | |
| Storage Facility Mailing Address<br>4831 E 29TH ST | City<br>TUCSON | State   Zip<br>AZ      85711-6423 |



**ADOT**
Motor Vehicle Division

95-0115 R07/12    www.azdot.gov

MAIL DROP 553M
MOTOR VEHICLE DIVISION
PO BOX 2100
PHOENIX AZ 85001-2100

FRK-AP1    85705

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
PHOENIX AZ 85007
PERMIT NO. 373

CLARK- 3450 N STONE AVE APT 217 85705

Ron Tucson. Stone Ave #2
207/22/2019
Mon Vehicle Towed to

to +1 602-712-8152 via Skype

Motor Vehicle Division Director Office/Melodie ⚙
Skype Credit - $0.023/min






Invite to Skype

Invite to Skype to call for free

or

Add credit

Use Skype Credit to call this number

Friday, July 26, 2019

8:38 AM
Call 58s

8:45 AM
Call 5m 4s

2:46 PM
Call 1m 17s

Friday, September 11, 2020

3:09 PM
Call 1m 24s

3:11 PM
Call 1m 22s

160    ⓢ $0.00



Motor Vehicle Division Abandoned Vehicle ⚙

Skype Credit - $0.023/min

to +1 602-712-2225 via Skype






Invite to Skype

Invite to Skype to call for free

or

**Add credit**

Use Skype Credit to call this number

Friday, July 26, 2019

8:11 AM
**Call** 35s

8:17 AM
**Call** 1m 8s

2:44 PM
**Call** 35s

160  Ⓢ $0.00

Motor Vehicle Division
Skype Credit - $0.023/min

Invite to Skype

Invite to Skype to call for free

or

**Add credit**

Use Skype Credit to call this number



Friday, September 11, 2020

3:15 PM

Call 2m 47s

4:12 PM

Call 56m 56s

to +1 602-255-0072 via Skype

160    $0.00

# United States District Court Complaint
## Komlan É. Tchalla Vs. Motor Vehicle Division

# EXHIBIT II

1.  A copy of my **TEMPORARY REGISTRATION 3D67479** on March 2,2019

2.  A copy of the **RECEIPT** of **GASOLINE**  got on March 14, 2019 to get my vehicle from PEP BOYS on 4491 E. Speedway BLVD, Tucson Arizona Zip Code 85712 (The allegation of abandoning my vehicle is false with **EMPORARY REGISTRATION 3D67479** and the **RECEIPT** of **GASOLINE**)

3.  3 copied of my phone calls to the PEP BOYS on 4491 E. Speedway BLVD, Tucson Arizona Zip Code 85712



**1996**    ADOT *Motor Vehicle Division*    **CHEV**

**04-11-2019**

**3D67479**

ARIZONA 30 - DAY GENERAL USE PERMIT

    Issue Date:  03-12-2019

Vin: 1GNDT13W1T2274905

Directions: The owner or operator of the vehicle shall display the temporary general use registration so that it is clearly visible from outside the vehicle.

Please Cut Here. Tearing May Destroy the Permit



## ADOT
### Motor Vehicle Division
48-3131 R05/14

### ARIZONA 30 - DAY GENERAL USE PERMIT

Expiration Date
04-11-2019

Permit Number
3D67479

| | Year | Make | Body Style |
|---|---|---|---|
| Vehicle Identification Number<br>1GNDT13W1T2274905 | 1996 | CHEV | 4DSW |

Applicant Name
KOMLAN ETIENNE TCHALLA

Street Address
2575 N COUNTRY CLUB RD APT B2

| City | State | ZIP |
|---|---|---|
| TUCSON | AZ | 85716-2501 |

*Will Be Cut Li*
*a Preses*
*3/12/18*

This temporary registration does not provide for any waiver of late penalties that may be due when the title is issued.

Must Be Carried In Vehicle At All Times

0501141144

Print Date/Time
03/12/2019 12:30



```
          Welcome to Shell

    SHELL
    3902 E. SPEEDWAY BLVD
    TUCSON, AZ 85712
    10056476004


       03/14/2019 4:32:52 PM
    Register: 1 Trans #: 7406 Op ID: 3
         Your cashier: Kayla

       *** PREPAID RECEIPT ***

    REGULAR CA   PUMP# 5          $7.23  99
                                 ----------
                   Subtotal =     $7.23
                        Tax =     $0.00
                                 ----------
                      Total =     $7.23

                  Change Due =    $0.00

    Debit                         $7.23
    ------------------------------------
    VISA US DEBIT             USD$7.23
    XXXX XXXX XXXX 2806
    Chip Read
    APPROVED
    AUTH # 112315           INV # 354811
    Verified by PIN

    Mode: Issuer
    AID: A0000000980840
    TVR: 8000048000
    IAD: 06010A03600000
    TSI: 6800
    RC: 00

              Customer Copy
    ------------------------------------

    IESEL TAX 18 CENTS PUMPS 3/4/11/12

           Please come again
```




+PepBoys 4431 E Speedway, Tucson, AZ (Mr. Williams) ⚙

Skype Credit - $0.023/min






Invite to Skype

Invite to Skype to call for free

or

**Add credit**

Use Skype Credit to call this number



Friday, January 11, 2019

9:18 AM
Call 1m 34s

Thursday, January 17, 2019

10:10 AM
Call 3m 41s

Thursday, March 21, 2019

9:56 AM
Call 7m 21s

to +1 520-795-5993 via Skype

160   Ⓢ $0.00

# Pep Boys/Jonathan Ramos-Raymond

Covered by Subscription

**Invite to Skype**

Invite to Skype to call for free

———— Friday, March 22, 2019 ————

5:41 PM
**Missed call**

5:49 PM
**Missed call**

5:55 PM
**Call** 3m 3s

6:15 PM
**Call** 18m 54s

Pep, 5:50 PM

0:00

to +1 520-287-3626 via Skype

160 | $0.112    $8.80

# Pep Boys/Jonathan Ramos-Raymond

Covered by Subscription



Pep, 5:50 PM

0:00

Missed call

5:49 PM
**Missed call**

Saturday, March 23, 2019

6:15 PM
**Call** 18m 54s

5:55 PM
**Call** 3m 3s

Thursday, March 28, 2019

10:03 AM
**Call** 25m 6s

Pep, 11:19 AM

0:00

to +1 520-287-3626 via Skype

Itype an SMS here

160 | $0.112   $8.80



# United States District Court Complaint
## Komlan É. Tchalla Vs. Motor Vehicle Division

# EXHIBIT III

1.  Copies (8pages) of my PEP BOYS' Receipts

2.  Assistance of repair (2pages) of DES  Division of Aging and Adult Services -
    Community Action Program on November 8, 2018

3.  Copies (3pages) my notes of PEP BOYS Towing Department on November 5,
    2018

Pep Boys

| | | LIMITED LIFETIME WARRANTY | | | | | |
|---|---|---|---|---|---|---|---|
| PN | STS46 | Carter Fuel Pump Strainer | N | · | 1 | 10.67 | 10.67 |
| | | LIMITED LIFETIME WARRANTY | | | | | |

**Package SubTotal : 723.55**

Parts: 589.00   Labor: 512.50   Other: 35.00      Tax: 54.29   Total: 1190.79

− 400.00
_____

790.79

**General Comments**

5203022091

Customer Declined: $80.33 x 1 9660163 PEPGUARD LIMITED EXTENDED LABOR WARRANTY

Customer Declined: RoadHazard

Customer Declined: Alignment

**Code Descriptions**

N:New

NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

Work Order - Customer Copy - Page   1

**TUCSON**
1300 SOUTH 6TH AVENUE
1300 S 6TH AVE
TUCSON, AZ 85713
(520) 622-4884

Service Manager : ULISESHERNANDEZ

| | TRACKING ID# * |
|---|---|
| Store ID # | Service Work Order # |
| 0645 | 2166971 |

Insurance :
Policy Number :

If you have any questions
or concerns, please call:
(520) 841-4206

| Name: | KOMLAN TCHALLA | Year: | 1998 | Date : | 2018-11-05 |
|---|---|---|---|---|---|
| Address: | 3450 N STONE AVE | Make: | CHEVY TRUCK | Entered By: | ULISES HERNANDEZ |
| City: | Tucson | Model: | BLAZER (S10) | Time In: | 16:09:24 |
| State: | AZ | Engine: | V6-262 4.3L | Date/Time Promised: | 2018-11-06 19:30:00 |
| Zip: | 85705 | Vin No.: | 1GNDT13W1T2274995 | Old Parts Returned: | no |
| Home Phone: | (520)302-2991 | License No: | AZ 552NTG | | |
| Contact Phone: | (520)302-2991 | Mileage In / Out: | 133000  / | | |
| | | Color: | | | |

Storage Charges: Any vehicle that is not claimed by the customer 5 business days any be taken at & Business expense. For more information, please see State law type

I HEREBY AUTHORIZE PEP BOYS TO PERFORM THE REPAIRS ON THIS WORK ORDER AND TO FURNISH THE NECESSARY MATERIALS AND ITS EMPLOYEES TO OPERATE THE VEHICLE FOR PURPOSES OF INSPECTION, TESTING AND DELIVERY. I UNDERSTAND THAT ANY COST QUOTED IS AN ESTIMATE. I UNDERSTAND THAT UNLESS DIRECTLY CAUSED BY PEP BOYS, IT IS NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ITS CONTENTS THAT THE VEHICLE MAY BE PARKED IN THE PEP BOYS PARKING LOT AND THAT VEHICLES ARE LEFT OVERNIGHT AT OWNERS RISK.     **X**

| Initial Estimate | Parts $: | Labor $ : | Total $ : | Date and Time : |
|---|---|---|---|---|
| | 437.04 | 121.95 | 608.97 | 2018-11-05      16:09:24 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE

(_) IN PERSON  (_) PHONE

SIGNED _____  DATE _____

YOU WILL NOT BE CHARGED A TIRE HANDLING CHARGE IF YOU CHOOSE TO DISPOSE OF YOUR OWN TIRES.
NOTICE: - IF YOU ELECT TO DISPOSE OF YOUR OWN TIRES, YOU ARE RESPONSIBLE FOR PROPERLY DISPOSING OF YOUR USED TIRES IN
ACCORDANCE WITH EPA GUIDELINES AND ANY APPLICABLE LAWS
_____CUSTOMER SIGNATURE

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| LB | | COMPLIMENTARY VEHICLE INSPECTION | N | | | | 1 | | 0.00 | 0.00 |
| OT | | Shop Fee | N | | | | 1 | | 0.50 | 0.50 |

## Not Yet Authorized

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 9874547 | BATTERY INSTALLATION PACKAGE | | | | | | | | |
| | | Includes Prostart Complete Starting System Test | | | | | | | | |
| LB | | BATTERY INSTALLATION LABOR | N | | | | 1 | | 0.00 | 0.00 |
| LB | | ADDITIONAL ACCESS TIME - BATTERY INSTALLATION LABOR | N | | | | 1 | | 0.00 | 0.00 |
| LB | | PROSTART STARTING/CHARGING SYSTEM TEST | N | | | | 1 | | 0.00 | 0.00 |
| | | | | | | | | | Package SubTotal : | 0.00 |
| PK | 9343454 | PEP UP - BATTERY | | | | | | | | |
| LB | | PEP UP YOUR BATTERY | N | | | | 1 | | 0.00 | 0.00 |
| LB | | BATTERY PROTECTION SERVICE | N | | | | 1 | | 8.00 | 8.00 |
| PN | 06084 | PROTECTORS TRMNL COMBO SIDE&TOP 2/CD LNX | N | | | | 1 | | 1.99 | 1.99 |
| | | | | | | | | | Package SubTotal : | 9.99 |
| PK | 9084807 | TIRE INSTALLATION PACKAGE | | | | | | | | |
| LB | | TIRE MOUNTING | N | | | | 4 | | 0.00 | 0.00 |
| PN | 6001 | TIRE HANDLING CHARGE - PEPBOYS | N | | | | 4 | | 2.50 | 10.00 |
| LB | | WHEEL BALANCE PASSENGER 16-19 & TRUCK | N | | | | 4 | | 15.99 | 63.96 |
| PN | TV413 | 30413500PEP 1 1/4 RUBBER VALVE STEM | N | | | | 4 | | 4.50 | 18.00 |
| | | | | | | | | | Package SubTotal : | 133.16 |
| LB | 4950 | ALLIED TOW2PEP BASIC TOWING 10MILES | N | | | | 1 | | 49.99 | 49.99 |
| PN | 75-650CH | Champion Battery | N | | | | 1 | | 121.99 | 121.99 |

* You can now track your Vehicle's Status online. Just go to www.pepboys.com and
enter your Tracking ID number (     0645  -  2166971     ), in the E-Service Center
Store ID - Service Work Order



NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

Work Order - Customer Copy - Page   2

*Pep Boys*

| PN | 90C00004765 | 30 MONTH FREE REPLACEMENT<br>Futura Scrambler  P225/75SR15<br>40,000 MILE PRORATED | N | | 4 | 0091 | 71.99 | 287.96 |
| SF | | ARIZONA WASTE TIRE DISPOSAL TAX | N | | 4 | | 1.44 | 5.76 |

Parts: 437.94    Labor : 121.95    Other : 6.56        Tax : 42.52      Total : 608.97

## General Comments

Plate Number:

Plate State:ZZ

Towing Service:AlliedRoadside

Reference Number:0003825863

Tow Provider:AZ09157460

Service Problem:Mechanical

Mileage:4

Tires on this work order does not meet OEM specifications for your vehicle.

Customer Declined: $10.80 x 4 9581160 ROAD HAZARD WARRANTY

## General Comments

Customer Name:  KOMLAN TCHALLA

Contact Phone:  (520)302-2991

### Code Descriptions

N:New

***** Tire Information *****

DOT Numbers :

### Tire Position

| | Existing Tire Position | | | New Tire Position | | |
|---|---|---|---|---|---|---|
| LF 1 | RF 2 | I | LF | RF | Return Tires : | |
| LR 3 | RR 4 | I | LR | RR | WhiteWall Position : | |
| | S 5 | I | | S | | |

## Service Information

| Tire Tread Depth (32nds) LF:: | | Tire Tread Depth (32nds) LR:: |
| Tire Tread Depth (32nds) RR:: | | Tire Tread Depth (32nds) RF:: |
| State Inspection Expiration Date:: | | |

TIRE MOUNTING

OK,YEL,RED,NC|Front Brake Gauge Reading (Ok, Yellow, Red or Not Checked):        OK,YEL,RED,NC|Rear Brake Gauge Reading (Ok, Yellow, Red or Not Checked):

* You can now track your Vehicle's Status online. Just go to www.pepboys.com and
enter your Tracking ID number (    0645  -  2166971   ), in the E-Service Center

Store ID - Service Work Order



NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

Work Order - Store Copy - Page 1


**Pep Boys**

SPEEDWAY
4401 EAST SPEEDWAY
4401 E SPEEDWAY BLVD
TUCSON, AZ 85712
(520) 795-6093

Service Manager: SCHAUN AHLERS

If you have any questions
or concerns, please call:
(520) 841-4084

| | TRACKING ID# |
| --- | --- |
| Store ID # | Service Work Order # |
| 0661 | 2151757 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Invoice # | | | | Date : | 2016-04-12 |
| Policy Number : | | | | Entered By: | NA |
| Name: | KOULAN TCHAILA | Year: | 1998 | Time In: | 15:28:14 |
| Address: | 3492 N. Stone Ave | Make: | CHEVY TRUCK | Date/Time Promised: | |
| | Apt 247 | Model: | BLAZER (SUV) | Old Parts Returned: | no |
| | Tucson | Engine: | V6 062 4.3L | | |
| City: | AZ | Vin No.: | 1GNDT13X1T2214505 | | |
| State: | AZ | License No.: | AZ 882NTG | | |
| Zip: | 85705 | Mileage In / Out: | / | | |
| Home Phone: | (520)292-2991 | Color: | ALL RED | | |
| Contact Phone: | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | Parts $ | Labor $ | Total $ | Date and Time : |
| Legal Estimate | 242.60 | 314.99 | 608.14 | 2016-04-12  15:29:14 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE
(_) IN PERSON (_) PHONE _____ DATE _____
SIGNED _____

| TYPE | PART | DISCRIPTION | CODE | MECHANIC | HALY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OT | | Shop Fee | N | | | | 1 | | 35.00 | 35.00 |

**Not Yet Authorized**

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 1 | | 44.99 | 44.99 |
| | | ELECTRICAL COMPONENT EVAL | N | | | | 1 | | 203.38 | 203.38 |
| LB | | | N | | | | | | | |
| PN | 901-257 | Dorman Door Lock Actuator | N | | | | 1 | | 149.00 | 149.00 |
| | | LIMITED 90 DAY WARRANTY | | | | | | | | |
| LB | 202F | Remove & Replace Door Lock Actuator - Front Or Rear, One | N | | 135.00 | | 1 | | 121.50 | 121.50 |
| LB | 2607 | Remove & Replace Door Lock Cylinder - One | N | | 135.00 | | 1 | | 30.22 | 30.22 |
| PN | DL15253 | Locksmiths Door Lock Cylinder Set | N | | | | 1 | | | |
| | | LIMITED ONE YEAR WARRANTY | | | | | | | | |

Tax : 15.55    Total : 608.14

Parts: 242.60   Labor: 314.99   Other : 35.00
**Code Descriptions**
N:New


**800-PEP-BOYS**

NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

Work Order - Store Copy

SPEEDWAY
4491 EAST SPEEDWAY
4491 E SPEEDWAY BLVD
TUCSON, AZ 85712
(520) 795-5993

Service Manager: WILLIAM MCKEITHAN

If you have any questions
or concerns, please call:
(520) 841-4084

| TRACKING ID# * | |
|---|---|
| Store ID # | Service Work Order # |
| 0661 | 2148668 |

Insurance :

Policy Number :

| Name: | konika shaila | Year: | 1925 | Date : | 2019-01-11 |
|---|---|---|---|---|---|
| Address: | 2575 N COUNTRY CLUB RD APT B2 | Make: | CHEVY TRUCK | Entered By: | WILLIAM M |
| | | Model: | BLAZER (S10) | Time Inc | 13:40:25 |
| City: | TUCSON | Engine: | V6-262 4.3L | Date/Time Promised: | 2019-01-11 22:45:00 |
| State: | AZ | Vin Ein : | 1GNDT13W1T2274905 | Old Parts Returned: | no |
| Zip: | 85715 | License No: | AZ 652ATD | | |
| Home Phone: | (520)261-0038 | Mileage In / Out: | 133000 / | | |
| Contact Phone: | (520)261-0038 | Color: | | | |

Storage Charges:

| Parts $: | Labor $ : | Total $ : | Date and Time : | |
|---|---|---|---|---|
| 535.59 | 509.50 | 1353.12 | 2019-01-11 | 13:40:25 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE

(_) IN PERSON (_) PHONE

_____ DATE _____

YOU WILL NOT BE CHARGED A TIRE HANDLING CHARGE IF YOU CHOOSE TO DISPOSE OF YOUR OWN TIRES.
NOTICE: - IF YOU ELECT TO DISPOSE OF YOUR OWN TIRES, YOU ARE RESPONSIBLE FOR PROPERLY DISPOSING OF YOUR USED TIRES IN
ACCORDANCE WITH EPA GUIDELINES AND ANY APPLICABLE LAWS

_____ CUSTOMER SIGNATURE _____

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 0004987 | TIRE INSTALLATION PACKAGE | | | | | | | | |
| LB | | TIRE MOUNTING | N | JESUS C | | | 4 | | 0.00 | 0.00 |
| PH | CC01 | TIRE HANDLING CHARGE - PEPBOYS | N | | | | 4 | | 2.00 | 0.00 |
| | | Satisfaction | | | | | | | -2.00 | |
| LB | | WHEEL BALANCE PASSENGER UNDER 16 | N | JESUS C | | | 4 | | 15.00 | 40.00 |
| | | Competitor | | | | | | | -8.99 | |
| PN | TV413 | S3413000PEP 1 1/4 RUBBER VALVE STEM | N | | | | 4 | | 4.00 | 16.50 |
| | | | | | | | | **Package SubTotal : 56.00** | | |
| PK | 0974547 | BATTERY INSTALLATION PACKAGE | | | | | | | | |
| | | Includes Prostart Complete Starting System Test | | | | | | | | |
| LB | | BATTERY INSTALLATION LABOR | N | JESUS C | | | 1 | | 0.00 | 0.00 |
| LB | | ADDITIONAL ACCESS TIME - BATTERY | N | JESUS C | | | 1 | | 0.00 | 0.00 |
| | | INSTALLATION LABOR | | | | | | | | |
| LB | | PROSTART START/RECHARGING SYSTEM TEST | N | JESUS C | | | 1 | | 0.00 | 0.00 |
| | | | | | | | | **Package SubTotal : 0.00** | | |
| LB | 4061 | TOW/PEP BASIC TOWING LESS THAN 10 MILES | N | JESUS C | | | 1 | | 49.99 | 0.00 |
| | | Satisfaction | | | | | | | -49.99 | |
| LB | | COMPLIMENTARY VEHICLE INSPECTION | N | JESUS C | | | 1 | | 0.00 | 0.00 |
| PN | 90000204323 | Starfire Solaris A/S  235/75R15 | N | | | | 4 | | 62.00 | 105.00 |
| | | Competitor | | | | | | | -16.00 | |
| | | 50,000 MILE PRORATED | | | | | | | | |
| PN | 75450DH | Champion Battery | N | | | | 1 | | 121.99 | 121.99 |
| | | 30 MONTH FREE REPLACEMENT | | | | | | | | |
| OT | | Shop Fee | N | | | | 1 | | 35.00 | 35.00 |

Not Yet Authorized

| PK | 9422779 | FUEL PUMP PACKAGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LB | 2233 | Remove & Replace Fuel Pump | N | | 135.00 | | 1 | | 472.50 | 472.50 |
| PN | P747188 | Carter Fuel Pump Hanger Assembly | N | | | | 1 | | 294.38 | 294.38 |

NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

Invoice : Store Copy        Page :

| LB | 2827 | Remove & Reg'sta Door Mirror - One | N | JBSUS/G | 125.00 | 1 | 108.00 | 108.00 |
| OT |  | Shop Fee |  | N |  | 1 | 35.00 | 35.00 |

Parts: 638.99    Labor: 620.50    Other: 35.00        Tax: 58.63    Total: 1353.12

| | |
|---|---|
| Tender Date : | 02/27/2019 |
| POS Trans # : | 150660 |
| Tender Register: | 103 |
| Tender Cashier: | 416859 |

| | |
|---|---|
| Tender Time : | 1:48 PM |
| Store : | 0661 |
| Tender Till #: | 103 |

General Comments

52030229916203022991

WARNING: We may have removed your wheel(s) during this service. We recommend you return after 25 miles to have your wheels
retorqued. Please return to any Pep Boys location for complimentary retorquing.

Customer Declined: $80.33 x 1 5699163 PEPGUARD LIMITED EXTENDED LABOR WARRANTY

Customer Declined: RoadHazard

Customer Declined: Alignment

Code Descriptions

N:New



NEED A TOW? CALL 1-800-PEP-BOYS or
1-800-737-2697

EN-005 (4-10)

DES USE ONLY

QS04-94 JRC

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY**
Division of Aging and Adult Services- Community Action Programs
**APPLICATION FOR SERVICES**
PLEASE PRINT LEGIBLY IN BLACK OR BLUE INK

| APPLICANT'S NAME (Last, First, M.I.) | | DATE OF APPLICATION (MM/DD/CCYY) | WORKERS ID NO | SITE CODE | SERIAL NO. |
|---|---|---|---|---|---|
| TCHALLA, KOMLAN | | 11/08/2018 | 3667 | 2PC1 | 204641 |

| APPLICANT'S SOC SEC NO. | APPLICANT'S MAILING ADDRESS(No., Street, Apt. No) | | APPLICANT'S RESIDENTIAL ADDRESS(No., Street, Apt. No) | | COUNTY |
|---|---|---|---|---|---|
| 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 | 3450 N.STONE AVENUE 217 | | 3450 N.STONE AVENUE 217 | | Pima |

| (City, State, ZIP) | | (City, State, ZIP) | |
|---|---|---|---|
| Tucson, AZ 85705 | | Tucson, AZ 85705 | |

| Phone NO. (Include area code) | BIRTH DATE (MM/DD/CCYY) | ETHNIC CODE | HOUSEHOLD SIZE | GENDER | DISABLED (In household) | HOMELESS |
|---|---|---|---|---|---|---|
| 520-302-2991 | 11/28/1961 | 2 | 2 | ☑ M ☐ F | ☐ Yes ☑ No | ☐ Yes ☑ No |

DO YOU LIVE IN PUBLIC HOUSING OR PROJECT SUBSIDIZED HOUSING
☐ Yes ☑ No

| DO YOU MAKE UTILITY PAYMENTS | CRISIS CODE (2)? | MONTHLY UTILITY COST (LIHEAP only) |
|---|---|---|
| ☐ Yes ☑ No | 1 | $ 0 |

**NASCSP DEMOGRAPHIC INFORMATION**

| FAMILY TYPE (9)* - HH | HOUSING (4)* - HH | EDUCATION (5) - APPLICANT | DATE IN STATE (MM/DD/CCYY)- APPLICANT | DATE IN COUNTY (MM/DD/CCYY) - APPLICANT |
|---|---|---|---|---|
| Single Person | Rent | 12 + some college/trade | 03/01/2000 | 03/01/2000 |

| INCOME TYPE - HH | | | | BENEFITS - HH | | | MIGRANT FARM WORKER-HH | SEASONAL FARM WORKER - HH |
|---|---|---|---|---|---|---|---|---|
| ☐ Employment Only | | ☐ Other Income | | ☐ CA (TANF) | ☐ SSI | ☐ Social Security | ☐ Yes ☑ No | ☐ Yes ☑ No |
| ☐ Employment & Benefits | | ☑ No income | | ☐ Pensions | ☐ Unemployment | | | |

Has the applicant provided with energy education brochures and/or a brief energy education to custodial single parent in household, was referral made to child in support services
☐ Yes ☑ No

**INCOME INFORMATION**

| PRIOR 30 DAYS FROM:(30th day): 10/10/2018 | TO:(Application date): 11/08/2018 | | | | | | |
|---|---|---|---|---|---|---|---|
| FROM (30th day): | Income by | Income Source | Method of Verification | Frequency | Day Received (Mon., Tues., Wed) | Date & Gross Amount Received Per Check | Gross Amount Received (Before Deductions) |
| HH Member's Name | | | | | | $ | $ |
| | | | | | | $ | $ |
| | | | | | | $ | $ |
| | | | | | | $ | $ |
| | | | | | | $ | $ |
| | | | | | | $ | $ |
| | | | | | Total Household Gross Income | | $ 0 |

Has the client meets which poverty guidelines:
☐ 125% ☐ 150%

INCOME INFORMATION NOTES:
FOOD STAMP $ 192.00

# PAYMENT INFORMATION

**APPLICANT'S NAME** (Last, First, M.I.): TCHALLA, KOMLAN

**APPLICANT'S SOC. SEC. NO.:** 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

## PLEASE PRINT LEGIBLY IN BLACK OR BLUE INK

| Account No. | Voucher No. | Vendor's Code | Vendor's Name | Billing Name | Service Code | Budget Code | Amount | Need Guarantee |
|---|---|---|---|---|---|---|---|---|
| 1648 | | | PEP BOYS | TCHALLA, KOMLAN | JRE | 99 | $400 | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |
| | | | | | | | $ | Yes ☐ No ☐ |

**VENDOR/PAYEE'S NAME** (Check to be issued to):

**VENDOR/PAYEE'S MAILING ADDRESS** (No., Street, Apt No.):
1300 S. 6TH AVENUE
(City, State, ZIP) TUCSON AZ 85713

**Actual Monthly Rent/Mortgage:** $ 0

**FEI NO. (Mandatory):**

Has the household received STCS services in the prior 12 months?  ☐ Yes  ☑ No   If yes, what agency?

☐ APPROVED   ☐ DENIED

## RELEASE OF INFORMATION

I authorize the Department of Economic Security and/or designate agency to contact any source necessary to establish the accuracy of the information given by me. Furthermore, I authorize any landlord or utility company to whom payment of benefits may be made to release information regarding my current account including, but not limited to, billing information to the State of Arizona, or its contract designee. I understand that the Arizona Department of Economic Security may use information provided on this form for purposes of research, evaluation, and analysis.

Yo autorizo al Departamento de Seguridad Económica y / o la agencia diputada para comunicarse con cualquier fuente necesaria para establecer la exactitud de la información que le proveí. Además, autorizo a cualquier propietario o servicio público a lo que se efectuará un pago de crédito por mi parte para divulgar información en cuanto a mi cuenta actual incluso pero no limitase a, información, de facturación al Estado de Arizona o su designado contratado. Entiendo que el Departamento de Seguridad Económica de Arizona puede usar la información provista en este formulario para los propósitos de estudios, evaluación análisis.

**APPLICANT'S SIGNATURE** _[signature]_   **DATE** 11/08/2018

## APPLICANT'S STATEMENT OF TRUTH

Under penalty of perjury and acknowledged by my signature below, I swear or affirm that the statements made regarding the persons in my home, and the income, resources, property and all other items that pertain to my possible eligibility for benefits are true and correct to the best of my knowledge.

Bajo penalidad de perjurio y reconocido por mi firma abajo, yo juro o afirmo que las declaraciones hechas en cuanto a las personas en mi hogar, y los ingresos, los recursos, propiedad y todas cosas demos que pertenecen a mi elegibilidad posible por beneficios son verdaderos y ciertas según mi leal entender y saber.

## WORKER'S STATEMENT

I have interviewed the applicant and have explained the following SUPPLEMENTS eligibility, financial eligibility as required by program rules, appeal rights to the appeal process. I have also advised the applicant of any penalties and/or fraud and/or misrepresentation. I have completed my investigation of the

**WORKER'S SIGNATURE** _[signature]_   **DATE** 11/08/2018

Pep Boy S
520 - 795 - 05993

Mr Grey - : To DIS connect the
alarm system w/
my Chevy Burgon.
S10V : 0 0
be able to make a
change as all my
Cwild

11-05-2000

mr. Ulises
1-800-737-2697
Pep boy
1300 S. 6th

Mrs Angelia.
AL Auto Care -
520  889-8055

Mr Michael.
Mrs. Dominique

11/05/2018 (L)
Pep Boys - Tucson g Department

Mr Harry

TL c Tucson
520- 747-7833

# United States District Court Complaint
## Komlan É. Tchalla Vs. Motor Vehicle Division

# EXHIBIT IV

1.  A copy RE: CIC 19-009128/PEP BOYS of August 26, 2019

2.  A copy of the screenshot of the complaint RE: CIC 19-009128/PEP BOYS on August 21, 2019



Mark Brnovich
Attorney General

OFFICE OF THE ARIZONA ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
CONSUMER PROTECTION & ADVOCACY SECTION

CONSUMER INFORMATION &
COMPLAINTS
**(602) 542-5763**
(IN-STATE ONLY) (800) 352-8431

August 26, 2019

Komlan Etienne Tchalla
3450 N. Stone Ave.
#217
Tucson, AZ 85705

**RE: CIC 19-009128 / PEP BOYS**

Dear Consumer:

Thank you for contacting the Arizona Attorney General's Office and bringing your matter to our attention. The Consumer Protection and Advocacy Section investigates possible violations of Arizona's consumer protection laws. We will contact the company or individual mentioned in your complaint to request a response to the issues you outlined. You will receive a copy of the response. The process can take time and we appreciate your patience.

The role of this office is to assist you by initiating communication between you and the party named in your complaint. Whether or not we can help to resolve your individual complaint, the information is maintained and assists us with monitoring the business practices of individuals and companies to determine if future legal action, on behalf of the state, is required.

This office cannot represent or provide legal advice to individuals. Although we will try to resolve your complaint, you may wish to pursue this matter on your own through the court system or by contacting an attorney for legal assistance. Please be aware that there may be statutes of limitations or other deadlines that could apply to your matter.

If you have additional questions or information regarding this matter, please notify us and refer to the complaint number above. Please mail, fax or email copies of documents related to your complaint, including correspondence, contracts, bills, etc. Thank you again for taking the time to file your complaint.

Sincerely,
Consumer Information and Complaints

**PLEASE ADVISE US OF ANY CHANGE OF ADDRESS OR CONTACT INFORMATION**

CPA:B

## Submission of Complaint against Pep Boys on 4491 E Speedway Blvd, Tucson, AZ 85712

**KOMLAN TCHALLA ÉTIENNE** <komtchalla@yahoo.com>        Aug 21 at 6:51 PM

To: ARIZONA CONSUMER FRAUD ACT <consumerinfo@azag.gov>, komlan
tchalla <komtchalla@yahoo.com>
Cc: OMBUDSMAN <ombudsman@azdes.gov>, DES Litigation <deslitigation@azdes.gov>,
az.gov <engage@az.gov>
7 Files2.1MBDownload All





Tucson, 08/21/2019

Submission of Complaint against Pep Boys on 4491 E Speedway Blvd, Tucson, AZ 85712 to be continued

Thanks

KOMLAN ETIENNE TCHALLA

Tucson, 08/21/2019

Submission of Complaint against Pep Boys on 4491 E Speedway Blvd, Tucson, AZ 85712 to be continued

Thanks

KOMLAN ETIENNE TCHALLA

# United States District Court Complaint
## Komlan É. Tchalla Vs. Motor Vehicle Division

# EXHIBIT V

Re: Complaint ID 13865864/PEP BOYS (6pages)

**Re: Complaint ID 13865864; Pep Boys in response to Pep Boys Misrepresentations -
Heather Ortiz of hortiz@mybbb.org**

# Heather Ortiz

Better Business Bureau
1411 K Street, N.W. Suite 1000
Washington, DC 20005
Phone: (202) 393-8000
Fax: (202) 393-1198
Email: info@mybbb.org

Tucson, 10/10/2019

Dear Ms. Heather Ortiz,

There are a lot of misrepresentations and misleading statements in the *Customer Experience
Supervisor* of Pep Boys, Mr. **Robin Searl**.

I will point to each misrepresentation and misleading statement from Mr. **Robin Searl**'s
statements which are in contradiction with the facts and realities. The process will be by quoting
Mr. Robin Searl's statements in his responses to my complaint and then I will present the fact
and the misrepresentation and/or misleading part of Mr. Robin Searl's statements/writings.

| | |
|---|---|
| "Mr. Robin Searl": | *"This vehicle started out at store 0645 ( 1300 S 6th Ave, Tucson) and sat there for over a month because they were unable to get approval from customer".* |
| Komlan É. Tchalla: | My car has been towed to the Pep Boys store 0645 (1300 S. 6th Ave, Tucson) on November 5, 2018 and Pep Boys received the check #6058 on November 8, 2018 and the check # 7263 on November 16, 2018. So, the allegation of getting approval from customer is not factual and misleading. It was Pep Boys store 0645 which alleged that it was not able to cash the check (see copies of checks in attachment). After replacing my car's battery and its four tires, the Pep Store 0645 could not tell me why the car could not start. That store alleged that the no start at the beginning has been the battery… |
| "Mr. Robin Searl": | *The vehicle was then towed to our location( 4491 E Speedway Blvd) and we diagnosed the vehicle. It took us almost 3 weeks to get approval as the customer did not answer his phone or return our messages. The customer came in, we presented him with the repair estimate and he approved it. We then did the work on the vehicle.* |

| | |
|---|---|
| Komlan È. Tchalla: | I have been in touch with Pep Boys company almost all the time (see the log of my phone calls to the Pep Boys staff) for many reasons such my new apartment address that should be right on the receipt of my car repair, my cell phone number, etc. Although the Pep Boys store 0645 has gotten my new apartment right on the repair document, the Pep Boys store 0661 on 4491E. Speedway Blvd in Tucson, 85712 has changed that address. This change seems to be a pattern with other entities practices such as 7Four on . Stone Apartments, El Rio Health Center and even the Arizona Motor Vehicle Department (see in attachment documents). It appears to be a planning and a coordination of this case of my car…If it is not so, why did Pep Boys store 0661 change my apartment address which Pep Boys store 0645 has gotten right? The allegation that I did not answer the phone calls has been false (see in attachment my phone calls to the Pep Boys Company). **Pep Boys Company instead has not answered my phones calls regarding my concerns**. |
| "Mr. Robin Searl": | *The work was completed the following day. Customer came in 3 days later and paid for the vehicle and took the keys. The customer then came back the next day complaining that his passenger door lock did not work. I explained to him that we did not do any work on that area of the vehicle, so if he wanted us to fix that too it would be an additional charge. He said no and left.* |
| Komlan È. Tchalla: | The work was not completed the next days since at four (4) different occasions at least, I have asked the Pep Boys store 0661's manager (twice) and his coworker (twice) to get my cell phone and my new apartment right. When I made my request for the second time to the manager, he has said to me that he was making the changes, but their system had kept changing to the wrong data. |
| | Regarding my car's door case, I have provided to you documentation that I have received of phone call from Mr. Greg of Pep Boys about his request of disabling my car's alarm system (see document in attachment provided previously). The car's alarm system in liked to the car's door also. Furthermore, The Pep Boys company did not diagnose the door at all as part of issues that my car had neither or  at the store 0645 nor at the store 0661. More than that, my car did not have that kind of issue at all before it has been towed to Pep boys company… |
| "Mr. Robin Searl": | *The vehicle sat here for a couple of weeks and I tried to reach out to the customer again to have him remove the vehicle from the* |

*parking lot. He did not answer his phone nor did he return my calls. I then received a call from a lady claiming to be part of the African Consulate. I explained to her that the work was completed, if he wanted us to repair anymore then it would be additional charges. I also expressed to her that Mr. Tchalla needed to pick up his vehicle within 7 days or I would start the process to have the vehicle removed under our Abandoned Vehicle Statute. I then went on Medical leave for a back issue and was gone for over a month. When I returned the vehicle was still parked in the same spot, so I proceeded with the abandoned vehicle process. I attempted to contact the customer on Monday, Wednesday, and Friday of that week. The customer did not answer and VM was now full, so I could not leave a message. I then submitted the paperwork online to proceed with the tow out. I contacted All Ways Towing and they came and removed the vehicle from our property. This occurred in July of 2019. Customer then contacted the store in August after vehicle was removed and my Assistant at the time informed him that it was considered an abandoned vehicle and was removed.*

*As stated above the vehicle was abandoned in our lot. Mr. Tchalla was advised that he is responsible to retrieve his vehicle back once it was removed. Pep boys will not take any responsibility to the vehicle.*

*We again apologize as well as thank Mr. Tchalla for allowing us the opportunity to address his concerns.*

**Regards,**

**Robin Searl**

*Customer Experience Supervisor*

Komlan Ė. Tchalla:    I have responded to all phone calls from Pep Boys company. There has not been a reason for me to not respond to Pep Boys company yet. I could not drive away my car since its engine light,

3

battery light, brake light and door light were on. All these lights on mean the repairs were done, and the car was not fixed. And in this case I have been obligated by Pep Boys company to have my car at the Pep Boys store 0661. I provided documentations from the Arizona Motor Vehicle Department of March 12, 2019 and the receipt of the gas station Shell on 3902 E. Speedway Blvd in Tucson, AZ 85712 that are proving that I did not abandoned my car at the Pep Boys store 0661. This Pep Boys store 0661 did not fix my car but, it instead created more issues in the process and among which the case of the car's door the company is charging for. I have presented my car situations to the State of Arizona and its partners agencies; I did not know and I did not involve any African consulate. The case of MV being full is neither real nor proven, and I have my skype phone number online that I have provided to Pep boys company. I have used my Skype number to discuss the company Pep boys.

— The allegation of abandonment of my car at Pep Boys store 0661 is false and misleading.

—  I have been waiting for Pep Boys company to get my car fixed and ready for a third party to check it with Arizona 30 – day Use Permit with the correct address and the amount of gasoline, and so on for me to have my car back. I would like also to have Pep Boys company's apologies to materialize by getting car fixed properly and all conditions met.

My gratitude to :  Ms. **Heather Ortiz**, **Better Business Bureau** for taking this case and those at the Pep Boys company who would like to get it wright

Sincerely,

**KOMLAN ÉTIENNE TCHALLA**

3450 N. Stone Ave #217

Cell Phone: (520) 302-2991

Skype Phone: (520) 777-9522

Email: komtchalla@yahoo.com

4

## Re: Complaint ID 13865864; Pep Boys in response to Pep Boys Misrepresentations - Heather Ortiz of hortiz@mybbb.org

komtchalla@yaho.../Sent



**KOMLAN TCHALLA ÉTIENNE** <komtchalla@yahoo.com>
To: info@mybbb.org <info@mybbb.org>,
hortiz@mybbb.org <hortiz@mybbb.org>
Cc: ARIZONA CONSUMER FRAUD ACT <consumerinfo@azag.gov>,
Ombudsman Citizens' Aide Arizona <ombuds@azoca.gov>
Bcc: az.gov <engage@az.gov>

Oct 16 at 11:07 AM

Print    Raw message

**1 File**   31.9kB

`DOCX  32kB`



Re Complain...
Download

Tucson, 10/16/2019
Submission of Re: Complaint ID 13865864; Pep Boys in response to Pep Boys Misrepresentations - Heather Ortiz of hortiz@mybbb.org
Thanks Ms. Heather Ortiz for your time and your considerations
KOMAN E. TCHALLA

You have a new message from the BBB of Metro Washington DC & Eastern Pennsylvania in regards to your complaint #13865864.
Yahoo/Inbox

Better Business Bureau <info@mybbb.org>
To:komtchalla@yahoo.com
Oct 20 at 3:40 AM



Better Business Bureau

**BBB PROVIDES A SERVICE THAT MARKETS TRUST IN YOUR BUSINESS & BRAND**

You have a new message from the BBB of Metro Washington DC & Eastern Pennsylvania in regards to your complaint #13865864. Please click on the link below to access the online dispute resolution web site and read this message.

Click Here to view the complaint

If your email program does not support HTML copy and paste the link below into your browser

http://odrcomplaint.bbb.org/ODRWeb/Home/SecureLogin.aspx?SecureLinkGuid=2b8dd0a2-32f9-4338-865b-9ce861717770

This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or

Please know that BBB is always available to discuss your case and review additional information.

Sincerely,


Heather Ortiz
hortiz@mybbb.org


**What is the next step?**

This matter is now closed in BBB files, and will appear in the company's BBB Business Review as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."
There is no action for you to take at this time. We will contact you when we next require your input.